B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois

**Case No. 13–44885**

**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Dariusz Cygan
   362 Itasca Street
   Wood Dale, IL 60191

Social Security / Individual Taxpayer ID No.:
   xxx–xx–1149

Employer Tax ID / Other nos.:


## DISCHARGE OF DEBTOR

     It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).


                                      FOR THE COURT

Dated: <u>February 19, 2014</u>                      <u>Kenneth S. Gardner, Clerk</u>
                                                        United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                           United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                             Case No. 13-44885-DRC
Dariusz Cygan                                                      Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: admin               Page 1 of 2               Date Rcvd: Feb 19, 2014
                              Form ID: b18              Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2014.
db           +Dariusz Cygan,   362 Itasca Street,   Wood Dale, IL 60191-1406
21238979     +ABT / GE Capital Retail Bank,   Attn.: Bankruptcy Department,   P.O. Box 103106,
               Roswell, GA 30076-9106
21238978     +Agnes Pogorzelski & Associates PC,   7443 W Irving Park Road Suite 1W,   Chicago, IL 60634-2168
21238982     +Blatt, Hasenmiller, Liebsker & Moore LLC,   125 S. Wacker Drive, Suite 400,
               Chicago, IL 60606-4440
21238985     +Chase Home Finance,   Attn.: Department G7-PP,   3415 Vision Drive,   Columbus, OH 43219-6009
21238986     +Client Services, Inc.,   3451 Harry S. Truman Blvd.,   St. Charles, MO 63301-9816
21238987     +Codilis & Associates, P.C.,   15W030 North Frontage Road, Suite 100,   Burr Ridge, IL 60527-6921
21238977     +Cygan Dariusz,   362 Itasca Street,   Wood Dale, IL 60191-1406
21238988     +Encore Receivable Mangement, Inc.,   400 N. Rogers Road,   Olathe, KS 66062-1212
21238990    ++FOCUS RECEIVABLES MANAGEMENT LLC,   1130 NORTHCHASE PARKWAY STE 150,   MARIETTA GA 30067-6429
             (address filed with court:  Focus Receivables Management,   1130 Northchase Pkwy., Suite 150,
               Marietta, GA   30067)
21238991    ++FORSTER & GARBUS LLP,   60 VANDERBILT MOTOR PARKWAY,   P O BOX 9030,   COMMACK NY 11725-9030
             (address filed with court:  Forster & Garbus, LLP,   60 Motor Parkway,   Commack, NY   11725)
21238992      Harris Bank, N.A.,   P.O. Box 6201,   Carol Stream, IL   60197-6201
21238993     +Home Depot Credit Services,   P.O. Box 790328,   St. Louis, MO 63179-0328
21238995     +Kramer & Associates,   401 Hackensack, Floor 9,   Hackensack, NJ 07601-6402
21238997     +Malgorzata Plak,   362 Itasca Street,   Wood Dale, IL 60191-1406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: QDRBROWN.COM Feb 20 2014 01:48:00      David R Brown, ESQ,   Springer Brown, LLC,
               400 South County Farm Road,   Suite 330,   Wheaton, IL 60187-4547
21238980     +EDI: ARSN.COM Feb 20 2014 01:48:00      ARS National Services, Inc.,   P.O. Box 463023,
               Escondido, CA 92046-3023
21374138     +EDI: ATLASACQU.COM Feb 20 2014 01:49:00      Atlas Acquisitions LLC,   294 Union St.,
               Hackensack, NJ 07601-4303
21238981     +EDI: HFC.COM Feb 20 2014 01:48:00      Best Buy,   HSBC Retail Services,   P.O. Box 5893,
               Carol Stream, IL 60197-5893
21238983     +EDI: STFC.COM Feb 20 2014 01:48:00      Cach, LLC,   4340 S. Monaco Street, 2nd Floor,
               Denver, CO 80237-3408
21238984      EDI: CHASE.COM Feb 20 2014 01:48:00      Chase,   Cardmember Services,   P.O. Box 15298,
               Wilmington, DE  19850-5298
21238989     +E-mail/Text: data_processing@fin-rec.com Feb 20 2014 02:13:40
               Financial Recovery Services, Inc.,   P.O. Box 385908,   Minneapolis, MN 55438-5908
21279312      EDI: RECOVERYCORP.COM Feb 20 2014 01:48:00      GE Capital Retail Bank,
               c/o Recovery Management Systems Corp.,   Ramesh Singh,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
21238994     +EDI: ICSYSTEM.COM Feb 20 2014 01:49:00      I.C. System, Inc.,   P.O. Box 64887,
               444 Highway 96 East,   St. Paul, MN 55127-2557
21238996     +EDI: LTDFINANCIAL.COM Feb 20 2014 01:49:00      LTD Financial Services, LP,
               7322 Southwest Freeway, Suite 1600,   Houston, TX 77074-2134
21238998     +EDI: MID8.COM Feb 20 2014 01:48:00      Midland Funding, LLC,   8875 Aero Drive, Suite 200,
               San Diego, CA 92123-2255
21238999      EDI: SEARS.COM Feb 20 2014 01:48:00      Sears Master Card,   P.O. Box 6282,
               Sioux Falls, SD  57117-6282
21239000      EDI: WTRRNBANK.COM Feb 20 2014 01:48:00      Target National Bank,   P.O. Box 59317,
               Minneapolis, MN  55459-0317
21239001      EDI: WFNNB.COM Feb 20 2014 01:48:00      The Room Place,   WFNNB, Bankruptcy Department,
               P.O. Box 182125,   Columbus, OH  43218-2125
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2014                             Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: admin              Page 2 of 2              Date Rcvd: Feb 19, 2014
                              Form ID: b18             Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2014 at the address(es) listed below:
              Agnes   Pogorzelski    on behalf of Debtor Dariusz  Cygan pogorzelski.law@gmail.com
              David R Brown, ESQ    dbrown@springerbrown.com,   dbrown@ecf.epiqsystems.com;jill@springerbrown.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                            TOTAL: 3
```